HARRY M. OVERSTREET, Appellant, *v.* FRANCIS B. SANFORD, as Committee of FANNY R. M. HITCHCOCK, an Incompetent Person, et al., Respondents.

(Submitted April 23, 1936; decided May 19, 1936.)

*Alfred A. Walter, M. Maldwin Fertig* and *Raphael H. Rosenbluth* for appellant.

*John Charles Straton* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.